IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CEDRIC ANDERSON, AIS #198757,** : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION 15-00113-KD-M |
| : | |
| **OFFICER THOMAS,** : | |
| Defendant. : | |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated October 1, 2015, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED** and this case is **DISMISSED with prejudice.**

**DONE** and **ORDERED** this the **2**nd day of **November 2015.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**